FILED
CLERK, U.S. DISTRICT COURT

Nov 4, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MHER KHUKOYAN,** <br><br> Plaintiff, <br><br> vs. <br><br> **DISCOVER PRODUCTS, INC.,** et al., <br><br> Defendant. | Case No. 2:16-cv-06278-SVW-RAO <br><br> **ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this __4th__ day of November, 2016.

_[signature]_
The Honorable Stephen V. Wilson